Fill in this information to identify the case:

Debtor Name **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**

(State)

Case number (If known): **25-43342-11**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | --- | --- | --- | --- |
   | 3.1. **First Bank & Trust** | **Checking account** | **5 3 0 0** | **$2,595.39** |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$2,595.39**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1

Debtor   **Food Concepts International Holdings, Inc.**    Case number *(if known)* **25-43342-11**

 Name

---

7.2 _____    _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

   | | **Current value of debtor's interest** |
   |---|---|

11. **Accounts receivable**

   11a. 90 days old or less: _____ - _____ =.....➜ _____
    face amount          doubtful or uncollectible accounts

   11b. Over 90 days old: _____ - _____ =.....➜ _____
    face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**  Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.

   ☑ Yes. Fill in the information below.

   | | **Valuation method used for current value** | **Current value of debtor's interest** |
   |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:   % of ownership:

   | | | | |
   |---|---|---|---|
   | 15.1. **Food Concepts GPH, LLC** | **100.00%** | | **$0.00** |
   | 15.2. **International Food Concepts LPH, LLC** | **100.00%** | | **$0.00** |

---

Debtor    **Food Concepts International Holdings, Inc.**          Case number *(if known)* **25-43342-11**
          Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____          _____    _____

    16.2 _____          _____    _____

17. **Total of Part 4**                                                    **$0.00**

    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** | MM / DD / YYYY | | | |
| 20. **Work in progress** | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

Debtor   **Food Concepts International Holdings, Inc.**                     Case number *(if known)* **25-43342-11**

Name

---

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish

30. **Farm machinery and equipment** (Other than titled motor vehicles)

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor   **Food Concepts International Holdings, Inc.**                     Case number *(if known)* **25-43342-11**

Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |

Debtor  **Food Concepts International Holdings, Inc.**  Case number *(if known)* **25-43342-11**

Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____   _____  _____  _____

48.2 _____   _____  _____  _____

49. **Aircraft and accessories**

49.1 _____   _____  _____  _____

49.2 _____   _____  _____  _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____   _____  _____  _____

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.  _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.  _____

Debtor   **Food Concepts International Holdings, Inc.**                          Case number *(if known)* **25-43342-11**

Name

---

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

---

Official Form 206A/B          **Schedule A/B: Assets — Real and Personal Property**                    page **7**

Debtor     **Food Concepts International Holdings, Inc.**                    Case number *(if known)* **25-43342-11**
           Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____ – _____ = ➜  _____
                          Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    | Description | | Current value |
    |---|---|---|
    | **Federal NOL Carryforward** | Tax year **2024** | **$2,224,693.00** |
    | **Federal FICA Tip Credit Carry Forward** | Tax year **2024** | **$16,601,576.00** |

73. **Interests in insurance policies or annuities**

    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    _____

    **Nature of claim**    _____

    **Amount requested**   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____

    **Nature of claim**    _____

    **Amount requested**   _____

76. **Trusts, equitable or future interests in property**

    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____

    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.                **$18,826,269.00**

---

Debtor     **Food Concepts International Holdings, Inc.**                    Case number *(if known)* **25-43342-11**
           Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**      Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,595.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $18,826,269.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*...........91a. | $18,828,864.39 | + 91b. |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................   $18,828,864.39

Fill in this information to identify the case:

Debtor name   **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the: **Northern**   District of   **Texas**
(State)

Case number (if known):   **25-43342-11**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1  Creditor's name**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

Fill in this information to identify the case:

Debtor name     **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):     **25-43342-11**

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases***(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

**1.   Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
| --- | --- | --- | --- |

**2.1**

**Priority creditor's name and mailing address**

**Arizona Department of Revenue**

**PO Box 29079**

**Phoenix, AZ 85038**

**Date or dates debt was incurred**

**Last 4 digits of account number  2   5   7   6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Franchise Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**        Priority amount: **unknown**

**2.2**

**Priority creditor's name and mailing address**

**Arkansas Department of Finance and Admin**

**PO Box 919**

**Little Rock, AR 72201**

**Date or dates debt was incurred**

**Last 4 digits of account number  2   5   7   6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
**Franchise Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**        Priority amount: **unknown**

Debtor  **Food Concepts International Holdings, Inc.**                  Case number *(if known)*   __**25-43342-11**__

  Name

---

**Part 1:**  Additional Page

---

**2.3** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**Florida Department of Revenue**

**5050 W. Tennessee St.**

**Tallahassee, FL 32399**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

**Franchise Taxes**

**Last 4 digits of account number  2   5   7   6**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.4** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | unknown

**Internal Revenue Service**

**Special Procedures-Insolvency**

**P.O. Box 7346**

**Philadelphia, PA 19101**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

**Income Tax**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number  2   5   7   6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.5** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | unknown | unknown

**Kansas Department of Revenue**

**PO Box 3506**

**Topeka, KS 66625-3506**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

_____

**Basis for the Claim:**

**Franchise Taxes**

**Last 4 digits of account number  2   5   7   6**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

| Debtor | **Food Concepts International Holdings, Inc.** | Case number *(if known)* | **25-43342-11** |
|---|---|---|---|
| | Name | | |

---

**Part 1:**  Additional Page

---

**2.6**  **Priority creditor's name and mailing address**

**South Carolina Department of Revenue**

**PO Box 125**

**Columbia, SC 29214-0400**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number  2   5   7   6**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**
**Franchise Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.7**  **Priority creditor's name and mailing address**

**Tennessee Department of Revenue**

**500 Deaderick Street**

**Nashville, TN 37242**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number  8   6   8   8**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**
**Franchise Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.8**  **Priority creditor's name and mailing address**

**Texas Comptroller Of Public Accounts**

**State Comptroller of Public Accounts Revenue Accounting Division-Bankruptcy Section**

**P.O. Box 13528**

**Austin, TX 78711**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number  5   7   6   7**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the Claim:**
**Franchise Taxes**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

unknown          unknown

---

Debtor    **Food Concepts International Holdings, Inc.**                          Case number *(if known)*    __25-43342-11__
          Name

---

Part 1:   Additional Page

| 2.9 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 | unknown |

**Priority creditor's name and mailing address**

**Texas Workforce Commission**

**TEC Building- Bankruptcy**

**101 E. 15th Street**

**Austin, TX 78778**

**Date or dates debt was incurred**

**Last 4 digits of account**
**number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)  **(4)**

**As of the petition filing date, the claim is:**       $0.00       unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the Claim:**
Wages

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **Food Concepts International Holdings, Inc.**                     Case number *(if known)*     **25-43342-11**

Name

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

---

**3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**

**01-See Exhibit for Schedule F**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Equity Holders**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim: $0.00**

---

**3.2** | **Nonpriority creditor's name and mailing address**

**Attorney General**

**Bankruptcy-Collection Division**

**PO Box 12548**

**Austin, TX 78711-2548**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim: $0.00**

---

**3.3** | **Nonpriority creditor's name and mailing address**

**Attorney General of the United States**

**Office of the Attorney General**
**Main Justice Building, Rm 5111**

**10th & Constitution Avenue, N.W.**

**Washington, DC 20530**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim: $0.00**

---

**3.4** | **Nonpriority creditor's name and mailing address**

**First Bank & Trust**

**c/o Kyle S. Hirsch**
**Bryan Cave Leighton Paisner LLP**

**2200 Ross Avenue 4200S**

**Dallas, TX 75201-7965**

**Date or dates debt was incurred**     **09/18/2024**

**Last 4 digits of account number**     **1   1   5   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
☑ Unliquidated
❑ Disputed

**Basis for the claim:**  **Guaranty of Loans**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Amount of claim: $8,031,428.19**

---

Debtor   **Food Concepts International Holdings, Inc.**                          Case number *(if known)*     **25-43342-11**

Name

---

Part 2:  Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Office of the United States Trustee**

**1100 Commerce St Ste 976**

**Dallas, TX 75242-1011**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**Texas Alcohol Beverage Commission**

**License and Permits Division**

**PO Box 13127**

**Austin, TX 78711**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
|---|---|---|---|

**United States Attorney**

**Office of the United States Attorney**

**1100 Commerce St 3rd Floor**

**Dallas, TX 75242-1699**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$88,452.99** |
|---|---|---|---|

**Whitley Penn, LLC**

**PO Box 676360**

**Dallas, TX 75267-6360**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Services**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor    **Food Concepts International Holdings, Inc.**    Case number *(if known)*    **25-43342-11**

Name

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a.    **Total claims from Part 1** | 5a. | **$0.00** |
| 5b.    **Total claims from Part 2** | 5b.  **+** | **$8,119,881.18** |
| 5c.    **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$8,119,881.18** |

---

Fill in this information to identify the case:

Debtor name  **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the: ___**Northern**___  District of  ___**Texas**___
                                                (State)

Case number (If known): ___**25-43342-11**___  Chapter  **11**

☐ Check if this is an amended filing

# Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**
State what the contract or lease is for and the nature of the debtor's interest: **Other Contracts**
State the term remaining: **0 months**
List the contract number of any government contract:

01-See Exhibit Schedule G - Contracts

**2.2**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2.3**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2.4**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**2.5**
State what the contract or lease is for and the nature of the debtor's interest:
State the term remaining:
List the contract number of any government contract:

**Fill in this information to identify the case:**

Debtor name: **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the: **Northern** District of **Texas**
(State)

Case number (If known): **25-43342-11**

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abuelo's International, L.P.** | **4413 82nd St Ste 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City / State / ZIP Code | **First Bank & Trust** <br><br> **01-See Exhibit Schedule G - Contracts** | ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.2 | **Food Concepts International, L.P.** | **4413 82nd Street Suite 250** <br> Street <br><br> **Lubbock, TX 79424-3366** <br> City / State / ZIP Code | **First Bank & Trust** <br><br> **01-See Exhibit Schedule G - Contracts** | ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.3 | **James Young** | **4413 82nd Street Suite 250** <br> Street <br><br> **Lubbock, TX 79424** <br> City / State / ZIP Code | **First Bank & Trust** <br><br> **01-See Exhibit Schedule G - Contracts** | ☐ D <br> ☑ E/F <br> ☐ G <br><br> ☐ D <br> ☐ E/F <br> ☑ G |
| 2.4 | | Street <br><br> City / State / ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

Debtor    **Food Concepts International Holdings, Inc.**                                Case number (if known) **25-43342-11**

         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | _____ | _____<br>Street<br>_____<br><br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | _____<br>Street<br>_____<br><br>_____<br>City        State        ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Official Form 206H                    **Schedule H: Codebtors**                    page __2__ of __2__

Fill in this information to identify the case:

Debtor name     **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):     **25-43342-11**     Chapter __**11**__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1: Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*................................................................................................................
    **$0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................................
    **$18,828,864.39**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................................
    **$18,828,864.39**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
    **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................
    **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................
    **+     $8,119,881.18**

4. **Total liabilities**.............................................................................................................................................
    **$8,119,881.18**
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name     **Food Concepts International Holdings, Inc.**

United States Bankruptcy Court for the:

　　　**Northern District of Texas**

Case number (if known):　　**25-43342-11**

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Exhibits to Schedules and SOFA** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/30/2025**
　　　MM/  DD/  YYYY

**X** **/s/ Robert L. Lin** _____
Signature of individual signing on behalf of debtor

**Robert L. Lin** _____
Printed name

**Vice President / CRO** _____
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Oswald Al Itria Jr.<br>117 Tallstar<br>Austin, TX 78734 | | 0 | Y | Equity Holder |
| Alicia Itria<br>117 Tallstar<br>Austin, TX 78734 | | 0 | Y | Equity Holder |
| Alice Chen<br>3600 Therondunn CT<br>Plano TX 75023 | | 0 | Y | Equity Holder |
| Amended and Restated Leslie and Shari Biller Trust<br>Harborview Capital, LLC<br>400 University Street<br>Suite 300<br>Seattle WA 98101 | | 0 | Y | Equity Holder |
| Andrew Krage<br>5960 Encore Drive<br>Dallas, TX 75240 | | 0 | Y | Equity Holder |
| Angela Stallings<br>P.O. Box 313<br>Matador, TX 79244 | | 0 | Y | Equity Holder |
| Barbara Smitherman<br>9209 County Road 5840<br>Idalou, TX 79329 | | 0 | Y | Equity Holder |
| Barry Orr or Kathryn Orr<br>3803, 118 Street<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Becky Kjenstad<br>6914 Pinecrest Ave<br>Odessa TX 79765 | | 0 | Y | Equity Holder |
| Belinda Brewton<br>5027 Hanover Street<br>Lubbock, TX 79416 | | 0 | Y | Equity Holder |
| Beth Oldham<br>5000 Armadale Dr,<br>Arlington, TX 76001 | | 0 | Y | Equity Holder |
| Bill Richardson<br>13824 Violet Meadows<br>Pickerington OH 43147 | | 0 | Y | Equity Holder |
| Billy Eliason<br>1220 Angelina Drive<br>Princeton TX, 75407 | | 0 | Y | Equity Holder |
| Brad Spicer<br>10009 Savannah Avenue<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Brandi Emery<br>2027 100th Street,<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Brenda Garcia<br>5208 Jarvis Street<br>Lubbock, TX 79416 | | 0 | Y | Equity Holder |
| William Brian Bell<br>3104 Bourbob Street Circle<br>Rockwall, TX 75032 | | 0 | Y | Equity Holder |
| Bruce Marczynski<br>29983 Willow Brook Lane<br>Brookshire, TX 77423 | | 0 | Y | Equity Holder |
| Bruce Orr<br>8221 Tristar<br>Irving, TX 75063 | | 0 | Y | Equity Holder |
| Bryan Blocker<br>10809 Shadow Brook Lane<br>Frisco, TX 75035 | | 0 | Y | Equity Holder |
| Bryce Moore<br>c/o Gordon Davis<br>4602 102nd St.<br>Lubbock, TX  79424 | | 0 | Y | Equity Holder |
| Chad Edwards<br>828 Ashmount Ln<br>Arlington, TX 76017 | | 0 | Y | Equity Holder |
| Michelle Chen<br>49 SHELBY LANE,<br>Atherton, CA. 94027 | | 0 | Y | Equity Holder |
| Chris Howell<br>6611 Brentwood<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Chris Lopez<br>2631 East Claire Drive<br>Phoenix, AZ 85032 | | 0 | Y | Equity Holder |
| Christian Nicole Andrews Trust 2000<br>4010 82nd St # 100<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Chuck Ouellette<br>11024 W 16th Street N<br>Wichita, KS 67212 | | 0 | Y | Equity Holder |
| Alex Grice<br>James Alex Grice:<br>8301 CR 6915<br>Lubbock, TX 79407 | | 0 | Y | Equity Holder |
| Claude Berry<br>2730 Welaunee Blvd, Unit 308<br>TALLAHASSEE, FL. 32308 | | 0 | Y | Equity Holder |
| Dan Wilson<br>P.O. Box 64472<br>Lubbock, TX 79464 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Daniel Young<br>5803, Devlin Place<br>Midland TX. 79709 | | 0 | Y | Equity Holder |
| Dante Ramirez<br>713 Lakewood Lane<br>Grapevine, TX 76051 | | 0 | Y | Equity Holder |
| Darren Young<br>7019 Bremerton Dr<br>Dallas, TX 75252 | | 0 | Y | Equity Holder |
| Darren Young 2021 Trust | | 0 | Y | Equity Holder |
| David Goldsteen<br>4885 East Lake Harriet Parkway<br>Minneapolis, MN 55409 | | 0 | Y | Equity Holder |
| David M. Harmon<br>24 N Rim Road<br>Ransom Canyon, Texas 79366 | | 0 | Y | Equity Holder |
| David Sharbutt<br>4621 91st<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| David Tenant<br>2065 Silvercrest Dr. Unit G<br>Myrtle Beach, SC 29579 | | 0 | Y | Equity Holder |
| Debbie Hill<br>4313 39th Street<br>Lubbock, TX 79413 | | 0 | Y | Equity Holder |
| Denis Quant<br>4901 71st Street<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Dennis L. Dillard, Jr.<br>8412 Ave. V<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Dennis Lombardi<br>5307 Woodbridge ave<br>Powell OH. 43065 | | 0 | Y | Equity Holder |
| Diane Lindell<br>3216 65th<br>Lubbock, TX 79413 | | 0 | Y | Equity Holder |
| Dickie Overstreet<br>6212 Louisville Drive<br>Lubbock, TX 79413 | | 0 | Y | Equity Holder |
| Timothy Dirk Rambo<br>9902 Quinton Ave<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Dwight I. Andrews PO Box 600578 Dallas, TX 75360 | | 0 | Y | Equity Holder |
| Fred Geiser 1912 Shadow Trail, Plano, TX 75075 | | 0 | Y | Equity Holder |
| Fu -Zun Cheng 6419 Embers Road, Dallas, Tx 75248 | | 0 | Y | Equity Holder |
| G. Randall Andrews 4010 82nd St # 100, Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Gary Andrews 4010 82nd St # 100, Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Gary L. Bennett c/o Kevin McMahon Caraway McMahon & Company 7822 Orlando Ave Lubbock, TX  79423 | | 0 | Y | Equity Holder |
| Gary Voyles 3614 68th Street Lubbock, TX 79413 | | 0 | Y | Equity Holder |
| Geoffrey Russell Andrews Trust 2000 4010 82nd St # 100, Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| George Jowell 15740 N 82rd Ave Apt 1124 Peoria, AZ 85382 | | 0 | Y | Equity Holder |
| George Young C/O Julie Young Huang 37879 Seafarer Rd, Newark, CA 94560 | | 0 | Y | Equity Holder |
| Gilbert Quant 5514 100th STREET LUBBOCK, TX 79424 | | 0 | Y | Equity Holder |
| Gordon and Joyce Davis c/o Gordon Davis 4602 102nd St. Lubbock, TX  79424 | | 0 | Y | Equity Holder |
| Greg Baker 5509 36th Street Lubbock, TX 79407 | | 0 | Y | Equity Holder |
| Greg Blair 126 Golden Eagle Court Tascola TX  79562 | | 0 | Y | Equity Holder |
| Gregory Garrison 4616 94th Street Lubbock, Texas   79424 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**

Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Herbert Lurie and Sharon Lurie, Trustees of the Lurie Trust dated June 22, 2009<br>PO Box 7263<br>Rancho Santa Fe, CA 92067 | 0 | | Y | Equity Holder |
| Hsiu-Ying Chen Feng<br>6419 Embers Road,<br>Dallas, Tx 75248 | 0 | | Y | Equity Holder |
| Irene Bartram<br>45 University Avenue SE #908<br>Minneapolis, MN.  55414 | 0 | | Y | Equity Holder |
| Jackie Littlefield<br>2403 Quail Hollow<br>Bryan, TX 77802 | 0 | | Y | Equity Holder |
| James Young<br>31432 Juliana Farms Rd.<br>San Juan Capistrano, CA 92675 | 0 | | Y | Equity Holder |
| Janet Whisenhunt<br>Box 311<br>Merkel, TX 79536 | 0 | | Y | Equity Holder |
| Janie Dillard<br>9102 Vicksburg #5<br>Lubbock, TX 79423 | 0 | | Y | Equity Holder |
| Jeff Dossett<br>9745 S. Joplin Place<br>Tulsa OK 74137 | 0 | | Y | Equity Holder |
| Jeffrey C. Dillard<br>7805 Genoa<br>Lubbock, TX 79424 | 0 | | Y | Equity Holder |
| Jeffrey Goodman and Barbara Goodman<br>56 Willard Ave<br>Sleepy Hollow, NY 10591 | 0 | | Y | Equity Holder |
| Jennifer Young Tsai<br>15221 Meandering Way,<br>Dallas TX 75248 | 0 | | Y | Equity Holder |
| Jennifer Young Tsai 2021 Trust<br>15221 Meandering Way,<br>Dallas TX 75248 | 0 | | Y | Equity Holder |
| Jerry D. King<br>15207 N Flamingo<br>Lakeway, TX. 78734 | 0 | | Y | Equity Holder |
| Jimmy Upchurch<br>2825 61st Street<br>Lubbock, TX 79413 | 0 | | Y | Equity Holder |
| Joe Hyatt<br>2212 S Los Feliz Dr,<br>Tempe, AZ 85282 | 0 | | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Joe Lopez<br>2401 W. Omaha Apt. 926<br>Broken Arow OK, 74012 | | 0 | Y | Equity Holder |
| John C. Owens<br>4618 5th Street<br>Lubbock, Texas 79416 | | 0 | Y | Equity Holder |
| John Dorrington<br>6029 86th Street<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| John Thomassson<br>4417 71st Street, #33<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| John Ware<br>150 Cobia Dr. Apt. 4230<br>Katy, TX 77494 | | 0 | Y | Equity Holder |
| John Weeks<br>782 Chateau Lane<br>Plano, TX 75023 | | 0 | Y | Equity Holder |
| Jose Vasquez<br>5515 75th Street<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Kaiching Sher<br>103 Larry Lee Drive<br>Kerrville TX. 78028 | | 0 | Y | Equity Holder |
| Kasey Whitten<br>16410 County Road 2040<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Keith Dixon<br>6405 CR 7415<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Kevin McMahon<br>Caraway McMahon & Company<br>7822 Orlando Ave<br>Lubbock, TX  79423 | | 0 | Y | Equity Holder |
| Kevin Sisson<br>7708 19th Street<br>Lubbock, TX 79407 | | 0 | Y | Equity Holder |
| Knight Rathbun Living Trust<br>912 Rosecrans Avenue<br>Manhattan Beach, CA 90266 | | 0 | Y | Equity Holder |
| Larry Barbera<br>BHDS Group<br>7075 Twin Hills Avenue<br>3rd. Floor<br>Dallas, Texas 75231 | | 0 | Y | Equity Holder |
| Larry Pierson<br>10506 Toledo Avenue<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Leroy W. & Betty J. King Revocable Trust<br>2157 Ivanhoe Lane<br>Abilene, TX 79605 | 0 | | Y | Equity Holder |
| Trust f/b/o Aaron Cohodes Goldsteen under Article Four of the Marcia A. Cohodes Annuity Trust<br>4885 East Lake Harriet Parkway<br>Minneapolis, MN 55409 | 0 | | Y | Equity Holder |
| Trust f/b/o Rebecca Cohodes Goldsteen under Article Four of the Marcia A. Cohodes Annuity Trust | 0 | | Y | Equity Holder |
| Trust for the Benefit Avi C. Goldsteen dated May 4, 1999 as reformed by Court Order dated November 5, 2012 | 0 | | Y | Equity Holder |
| Marcus and Betsy Wise<br>P.O. Box 65025,<br>Lubbock, TX 79464 | 0 | | Y | Equity Holder |
| Mark Myers<br>6832 Leonardo Dr,<br>Round Rock, TX 78665 | 0 | | Y | Equity Holder |
| Marvin Quant<br>2309 Old Post Way<br>San Jose, CA 95132 | 0 | | Y | Equity Holder |
| Matt Rivera<br>1691 Rueger St.<br>Virginia Beach, VA 23464 | 0 | | Y | Equity Holder |
| Matt Schultz<br>Matthew Schultz<br>1309 Oregon Crossing<br>Chesapeake, VA 23322 | 0 | | Y | Equity Holder |
| Matt Watson<br>410 Ben Oaks Drive West<br>Severna Park MD, 21146 | 0 | | Y | Equity Holder |
| Melissa Drury<br>2413 Brookhollow<br>Abilene, TX 79605 | 0 | | Y | Equity Holder |
| George Michael Barecky<br>4808 13th<br>Lubbock, TX 79416 | 0 | | Y | Equity Holder |
| Michael Codner<br>12877 Enclave Dr.<br>Orlando, FL 32837 | 0 | | Y | Equity Holder |
| Michael Hayward<br>Michael (zucchini) Hayward<br>6940 Sitio Cendero<br>La Costa, CA. 92009 | 0 | | Y | Equity Holder |
| Mike Garner<br>1512 E Splitwood Way<br>Derby KS, 67037 | 0 | | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Miles Leal<br>4149 Snowberry Lane<br>Crowley, TX 76036 | | 0 | Y | Equity Holder |
| Nancy S. Lewis<br>c/o Kevin McMahon<br>Caraway McMahon & Company<br>7822 Orlando Ave<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Neil Culbertson<br>PO Box 100952,<br>Denver, CO 80250 | | 0 | Y | Equity Holder |
| Othmar J. Meier<br>8344 Ridge Court<br>San Diego, CA 92108 | | 0 | Y | Equity Holder |
| Pamela Gosline<br>3304 Maiden Street<br>Vernon, TX 76384 | | 0 | Y | Equity Holder |
| Louis Pat Herring<br>5014 CR 7920<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Paul Winn<br>1760 Barker Cyprus Rd. x<br>Houston, TX 77084 | | 0 | Y | Equity Holder |
| Thomas Stovall<br>3413 Louis Drive x<br>Plano, TX 75023 | | 0 | Y | Equity Holder |
| Phebe Ellis Roach<br>4014 104th. Street<br>Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Pi Lien Lo Ku<br>c/o Bejay Tsai<br>2904 E. 27th Street<br>Tulsa, OK 74114 | | 0 | Y | Equity Holder |
| Potocki Investments, LP<br>4812 115th St.<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Rayner Baca<br>8333 Aspen Pl<br>Oklahoma City, OK 7312 | | 0 | Y | Equity Holder |
| Reade Dennis<br>6015 102nd Pl<br>Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Ricardo Tostado<br>2567 Partridge Dr.<br>Winter Haven FL 33884 | | 0 | Y | Equity Holder |
| Rick LaRue<br>3700 Langtry Dr.<br>Amarillo, TX 79109 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Robert G. Muzyka 9108 Salem Drive Lubbock, Tx. 79424 | | 0 | Y | Equity Holder |
| Robert Geier 1620 Pheasant Lane Southlake,TX 76092 | | 0 | Y | Equity Holder |
| Robert Lin 4636 94th Street Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Robert Oliveira 10240 Pyrite Dr. Fort Worth, TX 76131 | | 0 | Y | Equity Holder |
| Roberto Ico 5715 83d Lane, Lubbock TX 79424 | | 0 | Y | Equity Holder |
| Robin Taylor 5602 69th St. Lubbock, Texas 79424 | | 0 | Y | Equity Holder |
| Roger Cannon 6038 Van Dorn Drive Wichita Falls, Texas 76310 | | 0 | Y | Equity Holder |
| Rolando and Brandy Rodriguez c/o Gordon Davis 4602 102nd St. Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Ronald Childress and Janice Childress 4010 82nd St # 100, Lubbock, TX 79423 | | 0 | Y | Equity Holder |
| Ryan Biggs 15043 Woodbluff Drive, Frisco, TX 75035 | | 0 | Y | Equity Holder |
| Ryan T. Doriguzzi 321 10 th Ave, Unit 901, San Diego CA 92101-7481 | | 0 | Y | Equity Holder |
| Sandra Chartier 6597 Club House Dr. East Canadian Lakes, MI 49346 | | 0 | Y | Equity Holder |
| Sarah McDuff 6102 103rd Street Lubbock, TX 79424 | | 0 | Y | Equity Holder |
| Scott Pittman 16305 Everglade Lane Edmond, OK 73013 | | 0 | Y | Equity Holder |
| Sheri Sisson White 7726 19th Street Lubbock, TX 79407 | | 0 | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Stacy Gerber<br>Box 271<br>Nazareth, TX 79063 | 0 | | Y | Equity Holder |
| Stanley Sisson<br>#21 Bennett Circle<br>Wolfforth, TX 79382 | 0 | | Y | Equity Holder |
| Stephanie Brown<br>5321 S Loop 289 Apt. 209<br>Lubbock, TX 79424 | 0 | | Y | Equity Holder |
| Steve M. Hurt<br>4603 7th Street<br>Lubbock, Texas 79416 | 0 | | Y | Equity Holder |
| Sun Tag Lim<br>3411 Woodhill Circle<br>Diamond Bar, CA 91765 | 0 | | Y | Equity Holder |
| Tanya Navejar<br>1311 6th Street<br>Shallowater, TX 79363 | 0 | | Y | Equity Holder |
| Terry Cleeland<br>304 S. 95th Ave<br>Frankfort, IL 60423 | 0 | | Y | Equity Holder |
| Terry Smith<br>Store | 0 | | Y | Equity Holder |
| Thomas Hu<br>3600 Therodunn CT,<br>Plano TX 75023 | 0 | | Y | Equity Holder |
| Valerie Anderson<br>3805 110th Street<br>Lubbock, TX 79423 | 0 | | Y | Equity Holder |
| Victor DeSantis<br>White & Case LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005-3807 | 0 | | Y | Equity Holder |
| Wen-Huei Hu<br>6072 Highland Ave.<br>Yorba Linda CA 92886 | 0 | | Y | Equity Holder |
| Wen-Chien Par | 0 | | Y | Equity Holder |
| William F. Bennett<br>1717 Norfolk Ave, A1124,<br>Lubbock TX 79416 | 0 | | Y | Equity Holder |
| William Terrell and Emily Kao<br>589 45th Ave<br>San Francisco, CA 94121 | 0 | | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**

Case # 25-43342

Exhibit to Schedule F

| Vendor Name & Address | Claim Amount | Contingent (C) Unliquidated (U) Disputed (D) | Insider (Y/N) | Basis for Claim |
|---|---|---|---|---|
| Yacenda Flores 5510 36th Street Lubbock, TX 79407 | 0 | | Y | Equity Holder |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit Schedule G - Other Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Credit Agreements** | | | | |
| Guaranty Agreement | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| Master Creditor Agreement | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 1st Amendment and Restated Master Credit Agreement | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 2nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 3nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 4nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 5nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 6nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 7th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 8th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 9th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 10th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 11th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 12th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 13th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 14th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 15th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 16th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 17th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 18th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 19th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 20th Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 21st Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |
| 22nd Amendment | First Bank & Trust* | 9816 Slide Road, Lubbock, Texas 79424 | 5/18/2033 | Assume |

**\* All First Bank agreements are related as Co-Debtors with Food Concepts International, LP, Abuelo's International LP and James Young**

| Insurance Contracts | | | | |
|---|---|---|---|---|
| Policy ORNSOL000068-03 Old Republic Union Insurance Company Combined Group - Employer Excess IND. | McGriff - Dallas A Marsh & McClennan Agency LLC CO | 5800 Spectrum Dr. #900 E Addison, TX 75001 469-232-2100 | 5/15/25 to 5/15/26 | Assume |
| Standard Flood Insurance Policy # AFR25CF10000727-06; Authority Reference No. B0572NA25AF01; B0572NA25AF03; RF03741A25 | AFR Insurance Services | 1820 Preston Park Blvd. Suite 1100 Plano, TX 75093 | 5/15/25 to 5/15/26 | Assume |
| Standard Flood Insurance Policy # AFR25CF10000726-06 for 850 Airport Freeway Hurst, TX 76054; Authority Reference No. B0572NA25AF01; B0572NA25AF03: RF03741A25 | AFR Insurance Services | 1820 Preston Park Blvd. Suite 1100 Plano, TX 75093 | 5/15/25 to 5/15/26 | Assume |
| Policy Number TP250501LQX7 Business Personal Property  TRUIM Endorsement #1 | Syndicate | McGriff - Dallas A Marsh & McClennan Agency LLC CO 5800 Spectrum Dr. #900 E Addison, TX 75001 | 5/15/25 to 5/15/26 | Assume |
| Federal Insurance Company Policy No. J06554209 Endorsement - Package CL - Chubb  - The ForeFront Portfolio - Directors & Officers, Employment Practices Liability Coverage Part, Fiduciary Liability Coverage Part and Crime Coverage Part | McGriff - Dallas A Marsh & McClennan Agency LLC<br><br>Marsh & McClennan Companies Inc DBA March & McLennan Agency LLC McGriff Customer Transfers Acct | 10100 Katy Freeway #400 Houston, TX 77043-0000<br><br>3201 Beechleaf Court Suite 200 Raleigh, NC 27604 | 5/15/24 to 10/01/25 | Assume |

**Food Concepts International Holdings, Inc.**
Case # 25-43342

Exhibit Schedule G - Other Contracts

| Contract Description | Creditor | Creditor Adddress | Term | Election |
|---|---|---|---|---|
| **Insurance Contracts (con't)** | | | | |
| Continental Casualty Company Policy No. 652224390 Endorsement - Excess D&O CL | McGriff - Dallas A Marsh & McClennan Agency LLC  Marsh & McClennan Companies Inc DBA March & McLennan Agency LLC McGriff Customer Transfers Acct | 10100 Katy Freeway #400 Houston, TX 77043-0000  3201 Beechleaf Court Suite 200 Raleigh, NC 27604 | 5/15/24 to 10/01/25 | Assume |
| Premium Finance Agreement | IPFS Corporation | 400 Northrifge Road, Suite 450, Atlanta, GA 30350 | 5/21/25 to 5/21/26 | Assume |

| | | | | |
|---|---|---|---|---|
| **Professional Services, Miscellaneous** | | | | |
| Legal services | Rochelle McCullough | 300 Throckmorton St., Suite 520 Fort Worth, TX 76102 | Terminable at will | Assume |
| Accounting and Tax  Services | Whitley Penn | 5908 Headquarters Drive Suite 300, Plano, Texas 75024 | Terminable at will | Assume |